B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Southern District of Florida | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**United Electronics, Corporation** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**03-0519041** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**15751 SW 41 St # 300**<br>**Davie, FL**             ZIP Code **33331** | Street Address of Joint Debtor (No. and Street, City, and State):             ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Broward** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):             ZIP Code | Mailing Address of Joint Debtor (if different from street address):             ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization) (Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13<br>☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |

| Chapter 15 Debtors<br>Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | Tax-Exempt Entity<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | Nature of Debts<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."    ■ Debts are primarily business debts. |
|---|---|---|

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter)*.<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**                                                                      THIS SPACE IS FOR COURT USE ONLY
☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| ☐ 1-49 | ■ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ■ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ■ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | United Electronics, Corporation |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: - None - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: - None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____<br>Signature of Attorney for Debtor(s)        (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **United Electronics, Corporation** |

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

**X  /s/ Zach B. Shelomith**
Signature of Attorney for Debtor(s)

**Zach B. Shelomith 0122548**
Printed Name of Attorney for Debtor(s)

**Leiderman Shelomith, P.A.**
Firm Name

**2699 Stirling Road, Suite C401**
**Ft. Lauderdale, FL 33312**

Address

**Email: zshelomith@lslawfirm.net**
**(954) 920-5355  Fax: (954) 920-5371**
Telephone Number

**February 4, 2014**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X  /s/ Gavriel Meidar**
Signature of Authorized Individual

**Gavriel Meidar**
Printed Name of Authorized Individual

**Director**
Title of Authorized Individual

**February 4, 2014**
Date

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re    **United Electronics, Corporation**        Case No.

Debtor(s)      Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **360 Equipment Finance, LLC<br>300 Beardsley Ln Bldg D # 201<br>Austin, TX 78746** | **360 Equipment Finance, LLC<br>300 Beardsley Ln Bldg D # 201<br>Austin, TX 78746** | **Security Interest** | **Unknown** | **Unknown;<br>Unknown** |
| **APZB Industries<br>300 Ledgewood Pl # 301<br>Rockland, MA 02370** | **APZB Industries<br>300 Ledgewood Pl # 301<br>Rockland, MA 02370** | **Blanket lien on all assets** | **Unknown** | **Unknown;<br>Unknown** |
| **De Lage Landen Financial Services, Inc.<br>1111 Old Eagle School Rd<br>Wayne, PA 19087** | **De Lage Landen Financial Services, Inc.<br>1111 Old Eagle School Rd<br>Wayne, PA 19087** | **Security Interest** | **Unknown** | **Unknown;<br>Unknown** |
| **First Premier Capital LLC<br>5201 Eden Ave<br>Minneapolis, MN 55436** | **First Premier Capital LLC<br>5201 Eden Ave<br>Minneapolis, MN 55436** | **Blanket lien on all assets** | **Unknown** | **Unknown;<br>Unknown** |
| **Intech Funding Corp<br>201 E Huntington Dr # 201<br>Monrovia, CA 91016** | **Intech Funding Corp<br>201 E Huntington Dr # 201<br>Monrovia, CA 91016** | **Security Interest** | **Unknown** | **Unknown;<br>Unknown** |
| **M & T Credit Services, LLC<br>1 M & T Plaza<br>Buffalo, NY 14240** | **M & T Credit Services, LLC<br>1 M & T Plaza<br>Buffalo, NY 14240** | **Security Interest** | **Unknown** | **Unknown;<br>Unknown** |
| **Manufacturers and Traders Trust Company<br>1 M & T Plaza<br>Buffalo, NY 14203** | **Manufacturers and Traders Trust Company<br>1 M & T Plaza<br>Buffalo, NY 14203** | **Security Interest** | **Unknown** | **Unknown;<br>Unknown** |
| **Meidar Holdings LLC<br>3305 Corporate Ave<br>Weston, FL 33331** | **Meidar Holdings LLC<br>3305 Corporate Ave<br>Weston, FL 33331** | **Blanket lien on all assets** | **Unknown** | **Unknown;<br>Unknown** |
| **Pawnee Leasing Corporation<br>700 Centre Ave<br>Fort Collins, CO 80526** | **Pawnee Leasing Corporation<br>700 Centre Ave<br>Fort Collins, CO 80526** | **Security Interest** | **Unknown** | **Unknown;<br>Unknown** |
| **Sea Wire and Cable, Inc.<br>c/o Donald S. Hillsberg, Esq.<br>POB 26683<br>Fort Lauderdale, FL 33320** | **Sea Wire and Cable, Inc.<br>c/o Donald S. Hillsberg, Esq.<br>POB 26683<br>Fort Lauderdale, FL 33320** | **trade debt (Final Judgment)** | **Unknown** | **64,243.39** |

B4 (Official Form 4) (12/07) - Cont.

In re **United Electronics, Corporation**         Case No. _____

           Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Stanley Oremland** <br> 12634 NW 56 Dr <br> Coral Springs, FL 33076 | **Stanley Oremland** <br> 12634 NW 56 Dr <br> Coral Springs, FL 33076 | **Security Interest** | **Unknown** | 1,200,000.00 |
| **Sterling National Bank** <br> 42 Broadway 3rd Fl <br> New York, NY 10004 | **Sterling National Bank** <br> 42 Broadway 3rd Fl <br> New York, NY 10004 | **Security Interest** | **Unknown** | Unknown; Unknown |
| **Steven J. Gumenick** <br> 3135 W Gulf Dr # 203 <br> Sanibel, FL 33957 | **Steven J. Gumenick** <br> 3135 W Gulf Dr # 203 <br> Sanibel, FL 33957 | **Security Interest** | **Unknown** | 8,643,535.00 |
| **UEC Acquisition Holdings LLC** <br> c/o Joshua W. Dobin, Esq. <br> Meland Russin & Budwick, P.A. <br> 200 S Biscayne Blvd # 3200 <br> Miami, FL 33131 | **UEC Acquisition Holdings LLC** <br> c/o Joshua W. Dobin, Esq. <br> Meland Russin & Budwick, P.A. <br> Miami, FL 33131 | **Blanket lien on all assets** | **Disputed** | 2,722,607.61 <br><br> (Unknown as to secured amount) |
| **Wells Fargo Bank, N.A.** <br> 300 Tri-State International # 400 <br> Lincolnshire, IL 60069 | **Wells Fargo Bank, N.A.** <br> 300 Tri-State International # 400 <br> Lincolnshire, IL 60069 | **Security Interest** | **Unknown** | Unknown; Unknown |
| **Wells Fargo Equipment Finance, Inc.** <br> 733 Marquette Ave # 700 <br> Minneapolis, MN 55402 | **Wells Fargo Equipment Finance, Inc.** <br> 733 Marquette Ave # 700 <br> Minneapolis, MN 55402 | **Security Interest** | **Unknown** | Unknown; Unknown |
| **World Global Financing Inc** <br> 888 Biscayne Blvd <br> Miami, FL 33132 | **World Global Financing Inc** <br> 888 Biscayne Blvd <br> Miami, FL 33132 | **Blanket lien on all assets** | **Unknown** | Unknown; Unknown |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

B4 (Official Form 4) (12/07) - Cont.

In re   **United Electronics, Corporation**                                              Case No.
                                  Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

**Please Note: The Debtor's bankruptcy petition was filed on an emergency basis, and this list is a preliminary list based on secured claims in existence as of the petition date.  This list will be amended at or before such time as the Debtor's schedules are filed.**

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Director of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **February 4, 2014**                        Signature   **/s/ Gavriel Meidar**
                                                               **Gavriel Meidar**
                                                               **Director**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

# United States Bankruptcy Court
## Southern District of Florida

In re  **United Electronics, Corporation**　　　　　　　　　　Case No.
　　　　　　　　　　　　　　　　　Debtor(s)　　　　　　　　Chapter  **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Director of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **February 4, 2014**　　　　　　　**/s/ Gavriel Meidar**
　　　　　　　　　　　　　　　　　　　　**Gavriel Meidar**/**Director**
　　　　　　　　　　　　　　　　　　　　Signer/Title

360 Equipment Finance, LLC
300 Beardsley Ln Bldg D # 201
Austin, TX 78746


APZB Industries
300 Ledgewood Pl # 301
Rockland, MA 02370


De Lage Landen Financial Services, Inc.
1111 Old Eagle School Rd
Wayne, PA 19087


First Premier Capital LLC
5201 Eden Ave
Minneapolis, MN 55436


Intech Funding Corp
201 E Huntington Dr # 201
Monrovia, CA 91016


M & T Credit Services, LLC
1 M & T Plaza
Buffalo, NY 14240


Manufacturers and Traders Trust Company
1 M & T Plaza
Buffalo, NY 14203


Meidar Holdings LLC
3305 Corporate Ave
Weston, FL 33331


Pawnee Leasing Corporation
700 Centre Ave
Fort Collins, CO 80526


Sea Wire and Cable, Inc.
c/o Donald S. Hillsberg, Esq.
POB 26683
Fort Lauderdale, FL 33320


Stanley Oremland
12634 NW 56 Dr
Coral Springs, FL 33076

```
Sterling National Bank
42 Broadway 3rd Fl
New York, NY 10004


Steven J. Gumenick
3135 W Gulf Dr # 203
Sanibel, FL 33957


UEC Acquisition Holdings LLC
c/o Joshua W. Dobin, Esq.
Meland Russin & Budwick, P.A.
200 S Biscayne Blvd # 3200
Miami, FL 33131


Wells Fargo Bank, N.A.
300 Tri-State International # 400
Lincolnshire, IL 60069


Wells Fargo Equipment Finance, Inc.
733 Marquette Ave # 700
Minneapolis, MN 55402


Whitewater Capital Management, LLC
c/o Joshua W. Dobin, Esq.
Meland Russin & Budwick, P.A.
200 S Biscayne Blvd # 3200
Miami, FL 33131


World Global Financing Inc
888 Biscayne Blvd
Miami, FL 33132
```