## United States Bankruptcy Court
### Southern District of Florida

In re  United Electronics, Corporation
Debtor

Case No. _____

Chapter ____11____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Gavriel Meidar<br>15751 SW 41 St # 300<br>Davie, FL 33331 | Common Stock | 55 shares | Capital Stock |
| Whitewater Capital Management, LLC<br>c/o Joshua W. Dobin, Esq.<br>200 S Biscayne Blvd # 3200<br>Miami, FL 33131 | Common Stock | 45 shares | Capital Stock |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Director of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date __February 4, 2014__

Signature __/s/ Gavriel Meidar__
**Gavriel Meidar**
**Director**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.

__0__ continuation sheets attached to List of Equity Security Holders