# United States Bankruptcy Court
## Southern District of Florida

In re   **United Electronics, Corporation**          Case No.
                            Debtor(s)         Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **United Electronics, Corporation** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

Whitewater Capital Management, LLC
c/o Joshua W. Dobin, Esq.
200 S Biscayne Blvd # 3200
Miami, FL 33131

☐ None [*Check if applicable*]

| | |
|---|---|
| **February 4, 2014** | **/s/ Zach B. Shelomith** |
| Date | **Zach B. Shelomith 0122548** |
| | Signature of Attorney or Litigant |
| | Counsel for **United Electronics, Corporation** |
| | **Leiderman Shelomith, P.A.** |
| | **2699 Stirling Road, Suite C401** |
| | **Ft. Lauderdale, FL 33312** |
| | **(954) 920-5355 Fax:(954) 920-5371** |
| | **zshelomith@lslawfirm.net** |