**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**www.flsb.uscourts.gov**

IN RE:                                                    CASE NO.: 14-12674-JKO
                                                          Chapter 11

UNITED ELECTRONICS, CORPORATION,

      Debtor.
_____/

**CERTIFICATE OF NO RESPONSE OR SETTLEMENT**
**AND REQUEST FOR ENTRY OF ORDER**

       THAD YORK, movant, has filed a Motion for Relief from the Automatic Stay on June 4, 2014 pursuant to Local Rule 4001-1(c) and/or 9013-1(D)(2).  Movant hereby represents:

       1.      The motion was timely served on all interested parties pursuant to the referenced rule as is shown on the certificate of service previously filed with the motion.

       2.      The motion contained the bulletin required by the referenced rule.

       3.      The deadline for response to the motion was June 18, 2014.

       4.      No objections to or requests for hearing on the motion have been received, and the movant and the interested parties have not agreed to a settlement. As of June 20, 2014, a check of the electronic entries docketed in this case confirms that no objections to or requests for hearing on the motion have been made.

       WHEREFORE, movant seeks the entry of an order, in the form which accompanies this certificate, granting the requested relief.

DATED: June 20, 2014.

                                                   KELLEY & FULTON, P.L.
                                                   1665 Palm Beach Lakes Blvd, Suite 1000
                                                   West Palm Beach, FL 33401
                                                   Tel. No. (561) 491-1200
                                                   Fax No. (561) 684-3773

                                                   By: /s/ Craig I. Kelley
                                                        CRAIG I. KELLEY, ESQUIRE
                                                        Florida Bar No.: 782203