**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
**www.flsb.uscourts.gov**

IN RE:                                                    CASE NO.: 14-12674-JKO
                                                          Chapter 11

UNITED ELECTRONICS, CORPORATION,

      Debtor.

_____/

## NOTICE OF WITHDRAWAL

COMES NOW Creditor, THAD YORK by and through its undersigned attorney, and

hereby withdraws the following pleading:

1.  Certificate of No Response and Request for Entry of Order (C.P.# 105)


I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished via

electronic mail or U.S. mail to the following parties this 20th day of June, 2014.


KELLEY & FULTON, P.L.
Attorney for Thad York
1665 Palm Beach Lakes Blvd
Suite 1000 – The Forum
West Palm Beach, FL 33401
Tel. No. (561) 491-1200
Fax No. (561) 684-3773

By:  /s/ Craig I. Kelley_____
    CRAIG I. KELLEY, ESQUIRE
    Florida Bar No.: 782203

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- Eric N Assouline     ena@assoulineberlowe.com, ah@assoulineberlowe.com
- Joshua W Dobin     jdobin@melandrussin.com, ltannenbaum@melandrussin.com;mrbnefs@yahoo.com
- Dennis A Dressler     ddressler@dresslerpeters.com
- Ronald M Emanuel     ron.emanuel@emanlaw.com, meri.greenberger@emanlaw.com
- Scott M. Grossman     grossmansm@gtlaw.com, smithl@gtlaw.com;MiaLitDock@gtlaw.com;FTLLitDock@GTLaw.com;miaecfbky @gtlaw.com
- IPFS Corporation (Chandler)     lisa.chandler@ipfs.com
- Michael R Kassower     mkassower@fwblaw.net, mrothman@fwblaw.net
- Carl L Kitchner     ckitchner@broward.org, swulfekuhle@broward.org
- Perry D. Monioudis     pmonioudis@bellsouth.net
- Office of the US Trustee     USTPRegion21.MM.ECF@usdoj.gov
- Ashley Prager Popowitz     apopowitz@lslawfirm.net, zshelomith@lslawfirm.net
- Zach B Shelomith     zshelomith@lslawfirm.net, jleiderman@lslawfirm.net;apopowitz@lslawfirm.net;cderby@lslawfirm.net;dverde @lslawfirm.net

**Manual Notice List**

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case (who therefore require manual noticing/service). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

Raymond M DiRocco
6601 NW 14 St #3
Plantation, FL 33323